UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 9:21-CV-80064-RS

ENRIQUE C. CASTRO,

    Plaintiff,

v.

TPUSA, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ENRIQUE C. CASTRO ("Plaintiff"), and Defendant, TPUSA, INC. ("Defendant") (collectively, the "Parties"), hereby give notice that the Parties have reached a settlement of this matter. The Parties are in the process of executing their respective obligations pursuant to a Confidential Settlement Agreement and will file a Joint Stipulation of Dismissal *with Prejudice* shortly. The Parties respectfully request that the Court stay all matters and pending deadlines as of the filing of this Notice.

Dated:  June 28, 2021                              Respectfully submitted,

| | |
|---|---|
| */s/ Jason S. Remer* <br> Jason S. Remer, Esq. <br> jremer@rgpattorneys.com <br> Elizabeth Carlin, Esq. <br> ecarlin@rgpattorneys.com <br> Remer & Georges-Pierre, PLLC <br> 44 West Flagler Street, Suite 2200 <br> Miami, FL 33130 <br> Telephone: (305) 416-5000 <br> Facsimile: (305) 416-5005 <br><br> *Attorneys for Plaintiff* | */s/ Eric A. Gordon* <br> Eric A. Gordon (Florida Bar No. 071341) <br> Primary Email: eric.gordon@akerman.com <br> Secondary Email: michelle.reynolds@akerman.com <br> Akerman LLP <br> 777 South Flagler Drive, Ste 1100 West Tower <br> West Palm Beach, FL  33401 <br> Phone: (561) 653-5000 <br> Fax: (561) 659-6313 <br><br> and <br><br> Tiffany Hendricks (Florida Bar No. 124129) <br> Primary Email:  tiffany.hendricks@akerman.com <br> Secondary Email:  jill.parnes@akerman.com <br> AKERMAN LLP <br> 350 E. Las Olas Boulevard, 16th Floor <br> Ft. Lauderdale, Florida 33301 <br> Phone: (954) 463-2700 <br> Fax: (954) 463-2224 <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, a true and correct copy of the foregoing document is being served via CM/ECF on all counsel of record identified on the following Service List.

By: */s/ Eric A. Gordon*
    Eric A. Gordon

## SERVICE LIST

Jason S. Remer, Esq.
Primary Email: jremer@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
*Attorney for Plaintiff*

Eric A. Gordon (Florida Bar No. 071341)
Tiffany D. Hendricks (Florida Bar No. 124129)
Primary Email:  eric.gordon@akerman.com
Primary Email:  tiffany.hendricks@akerman.com
Secondary Email:  michelle.reynolds@akerman.com
Secondary Email:  jill.parnes@akerman.com
**AKERMAN LLP**
777 South Flagler Drive, Ste. 1100 West Tower
West Palm Beach, FL  33401
Phone:  (561) 653-5000
Fax:      (561) 659-6313
*Attorneys for Defendant*