**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-80064-CIV-SMITH**

ENRIQUE C. CASTRO,

    Plaintiff,

v.

TPUSA, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 15]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. Each party shall bear their own respective fees and costs except as otherwise provided in the parties' settlement agreement.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 20th day of July, 2021.

                                                RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of record